| John Doe | IP Address | HitDateUTC (MM/DD/YY) | Title | Hash Value | ISP | State | City |
|---|---|---|---|---|---|---|---|
| 1 | 206.59.181.122 | 1/13/13 03:31:19 AM | The Ledge | SHA1: 2E9BC7D4E85632661972C53D6A50F389020202C4 | Wayport | Georgia | Savannah |
| 2 | 68.51.130.242 | 11/21/12 11:28:37 PM | The Ledge | SHA1: 2E9BC7D4E85632661972C53D6A50F389020202C4 | Comcast Cable | Georgia | Hinesville |
| 3 | 98.94.6.62 | 11/22/12 01:13:31 PM | The Ledge | SHA1: 2E9BC7D4E85632661972C53D6A50F389020202C4 | BellSouth.net | Georgia | Augusta |
| 4 | 99.194.90.228 | 11/22/12 11:19:37 PM | The Ledge | SHA1: 2E9BC7D4E85632661972C53D6A50F389020202C4 | CenturyTel Internet Holdings | Georgia | Hinesville |
| 5 | 24.42.152.26 | 11/23/12 09:03:44 PM | The Ledge | SHA1: 2E9BC7D4E85632661972C53D6A50F389020202C4 | Knology | Georgia | Augusta |
| 6 | 75.90.104.178 | 11/23/12 02:56:57 PM | The Ledge | SHA1: 2E9BC7D4E85632661972C53D6A50F389020202C4 | Windstream Communications | Georgia | Glennville |
| 7 | 75.90.104.103 | 11/24/12 06:05:22 PM | The Ledge | SHA1: 2E9BC7D4E85632661972C53D6A50F389020202C4 | Windstream Communications | Georgia | Glennville |
| 8 | 24.129.21.143 | 11/25/12 02:25:42 AM | The Ledge | SHA1: 2E9BC7D4E85632661972C53D6A50F389020202C4 | Comcast Cable | Georgia | Saint Marys |
| 9 | 69.136.206.66 | 11/25/12 03:46:02 PM | The Ledge | SHA1: 2E9BC7D4E85632661972C53D6A50F389020202C4 | Comcast Cable | Georgia | Pooler |
| 10 | 96.60.170.202 | 11/25/12 08:48:38 AM | The Ledge | SHA1: 2E9BC7D4E85632661972C53D6A50F389020202C4 | TDS Telecom | Georgia | Saint Marys |
| 11 | 68.51.144.81 | 11/26/12 12:04:22 AM | The Ledge | SHA1: 2E9BC7D4E85632661972C53D6A50F389020202C4 | Comcast Cable | Georgia | Pooler |
| 12 | 24.214.45.247 | 11/28/12 10:23:20 PM | The Ledge | SHA1: 2E9BC7D4E85632661972C53D6A50F389020202C4 | Knology | Georgia | Evans |
| 13 | 75.89.200.19 | 11/28/12 09:36:17 AM | The Ledge | SHA1: 2E9BC7D4E85632661972C53D6A50F389020202C4 | Windstream Communications | Georgia | Glennville |
| 14 | 68.16.11.212 | 11/29/12 10:49:25 PM | The Ledge | SHA1: 2E9BC7D4E85632661972C53D6A50F389020202C4 | BellSouth.net | Georgia | Waycross |
| 15 | 67.190.205.138 | 11/30/12 02:05:22 AM | The Ledge | SHA1: 2E9BC7D4E85632661972C53D6A50F389020202C4 | Comcast Cable | Georgia | Saint Marys |
| 16 | 130.254.68.123 | 12/1/12 04:48:04 AM | The Ledge | SHA1: 2E9BC7D4E85632661972C53D6A50F389020202C4 | Armstrong Atlantic State Univer | Georgia | Savannah |
| 17 | 71.229.48.227 | 12/2/12 12:18:10 AM | The Ledge | SHA1: 2E9BC7D4E85632661972C53D6A50F389020202C4 | Comcast Cable | Georgia | Savannah |
| 18 | 76.29.201.169 | 12/5/12 04:50:04 PM | The Ledge | SHA1: 2E9BC7D4E85632661972C53D6A50F389020202C4 | Comcast Cable | Georgia | Savannah |
| 19 | 68.51.220.252 | 12/12/12 10:01:46 PM | The Ledge | SHA1: 2E9BC7D4E85632661972C53D6A50F389020202C4 | Comcast Cable | Georgia | Savannah |
| 20 | 209.164.255.212 | 12/14/12 09:51:00 PM | The Ledge | SHA1: 2E9BC7D4E85632661972C53D6A50F389020202C4 | Plant Telephone Company | Georgia | Soperton |
| 21 | 216.119.43.56 | 12/19/12 02:33:36 AM | The Ledge | SHA1: 2E9BC7D4E85632661972C53D6A50F389020202C4 | Uscarrier Telecom, LLC. | Georgia | Cadwell |
| 22 | 69.136.194.92 | 12/21/12 06:30:40 PM | The Ledge | SHA1: 2E9BC7D4E85632661972C53D6A50F389020202C4 | Comcast Cable | Georgia | Hinesville |
| 23 | 162.40.192.174 | 12/23/12 11:06:45 PM | The Ledge | SHA1: 2E9BC7D4E85632661972C53D6A50F389020202C4 | Windstream Communications | Georgia | Douglas |
| 24 | 75.91.69.236 | 12/26/12 04:07:32 AM | The Ledge | SHA1: 2E9BC7D4E85632661972C53D6A50F389020202C4 | Windstream Communications | Georgia | Douglas |
| 25 | 68.47.105.143 | 12/26/12 05:41:32 PM | The Ledge | SHA1: 2E9BC7D4E85632661972C53D6A50F389020202C4 | Comcast Cable | Georgia | Evans |
| 26 | 69.1.45.246 | 12/29/12 02:28:49 AM | The Ledge | SHA1: 2E9BC7D4E85632661972C53D6A50F389020202C4 | Knology | Georgia | Grovetown |
| 27 | 69.136.192.104 | 1/1/13 02:29:55 AM | The Ledge | SHA1: 2E9BC7D4E85632661972C53D6A50F389020202C4 | Comcast Cable | Georgia | Hinesville |
| 28 | 70.90.252.77 | 1/2/13 07:05:36 PM | The Ledge | SHA1: 2E9BC7D4E85632661972C53D6A50F389020202C4 | Comcast Business Communicati | Georgia | Savannah |
| 29 | 216.119.29.42 | 1/16/13 05:18:48 PM | The Ledge | SHA1: 2E9BC7D4E85632661972C53D6A50F389020202C4 | Uscarrier Telecom, LLC. | Georgia | Adrian |