# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-547-363**

**Effective date of registration:**

April 21, 2011

## Title
**Title of Work:** The Ledge

## Completion/Publication
**Year of Completion:** 2010

## Author
- **Author:** The Ledge Distribution, LLC
- **Author Created:** motion picture/audiovisual
- **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** The Ledge Distribution, LLC
2934 1/2 Beverly Glen Circle #900, Los Angeles, CA, 90077, United States

## Limitation of copyright claim
**Material excluded from this claim:** text
**Previous registration and year:** PAu3512287    2010
**New material included in claim:** motion picture/audiovisual

## Rights and Permissions
**Organization Name:** The Ledge Distribution, LLC
**Address:** 2934 1/2 Beverly Glen Circle #900
Los Angeles, CA 90077   United States

## Certification
**Name:** Jenna Sanz-Agero
**Date:** May 24, 2011

**Correspondence:** Yes

**Registration #:** PAU003547363
**Service Request #:** 1-601129227



The Ledge Distribution, LLC
2934 1/2 Beverly Glen Circle #900
Los Angeles, CA 90077  United States